UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                             Chapter 13

            Timothy R Johansson
                                                   Bankruptcy No. 23-13546-AMC


                    Debtor

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of
Pennsylvania:

1.      Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee
in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 11/22/2023.

3.      This Motion to Dismiss has been filed for the following reason(s):

    •   There has been unreasonable delay as defined by 11 U.S.C Section 1307(c)(1) by the
        above-captioned Debtor(s).

    •   The Debtor(s) has/have failed to provide Monthly Operating Reports as required by
        Bankruptcy Rule 2015 and L.B.R. 2015.1.

        WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee,  requests that the
Court, after a hearing, enter an Order dismissing this case.


Date: 03/04/2024                              Respectfully submitted,

                                             */s/ Ann Swartz, Esq.*
                                             Ann Swartz, Esq.
                                             for
                                             Scott F. Waterman, Esq.
                                             Standing Chapter 13 Trusteee
                                             2901 St. Lawrence Avenue, Suite 100
                                             Reading, PA  19606
                                             Telephone: (610) 779-1313